UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE THOMAS J. AQUILINO, JR., JUDGE

| | |
|---|---|
| ALPINESTARS SPA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Court No. 08-00367, etc. |
| : | (per attached schedule) |
| UNITED STATES, : | |
| : | |
| Defendant. : | |
| : | |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report pursuant to the Court's instructions of February 6, 2024, in the above captioned cases.

These cases all concern appraisement of the imported merchandise. U.S. Customs and Border Protection liquidated the entries based on Plaintiff's resale price to customers in the United States. Plaintiff seeks reappraisement based on the price Plaintiff paid to its various foreign suppliers, plus the value of assists. Several of the cases also involve the tariff classification of certain products. Plaintiff previously provided extensive documentation in several lead cases and the parties have reached agreement on several common issues. Defendant requested Plaintiff to provide similar documentation on a sampling of 45 entries that cover all pending cases. Plaintiff provided such documentation to Defendant on April 4, 2024. The documentation included commercial invoices, purchase orders, assist calculations and proof of payment. On July 23, 2024, the Court entered a stipulated judgment in a related case also involving Plaintiff and the same merchandise, Court No. 11-00007.

The parties are continuing efforts to stipulate the remaining cases. Defendant requested Plaintiff to provide additional documents regarding the sampled entries. On February 14, 2025,

Plaintiff provided Defendant with additional documents and Defendant is in the process of reviewing the submitted documentation. The parties remain hopeful that some or all of these cases can be resolved through stipulated judgments and without the need for litigation or formal discovery.

    The parties will file with the Court either stipulated judgments or a supplemental joint status report within 90 days hereof.

                                          Respectfully submitted,

By: /s/ Erik Smithweiss            BRETT A. SHUMATE
    Erik Smithweiss                Acting Assistant Attorney General
    GRUNFELD, DESIDERIO,
    LEBOWITZ, SILVERMAN       PATRICIA M. McCARTHY
    & KLESTADT LLP              Director
    707 Wilshire Blvd.
    Suite 4150                   By: /s/ Justin R. Miller
    Los Angeles, CA 90017          JUSTIN R. MILLER
    Tel.: (213) 624-1970            Attorney-In-Charge
                                  International Trade Field Office
    Attorneys for Plaintiff
                                  Brandon A. Kennedy
                                  BRANDON A. KENNEDY
                                  Trial Attorney
                                  Department of Justice, Civil Division
                                  Commercial Litigation Branch
                                  26 Federal Plaza – Suite 346
                                  New York, New York 10278
                                  (212) 264-9237
                                  *Attorneys for Defendant*

    Date: February 14, 2025

| COURT NUM | PLAINTIFF |
|---|---|
| 08-00367 | ALPINESTARS S.P.A. |
| 08-00407 | ALPINESTARS S.P.A. |
| 08-00408 | ALPINESTARS S.P.A. |
| 09-00074 | ALPINESTARS S.P.A. |
| 09-00075 | ALPINESTARS S.P.A. |
| 09-00076 | ALPINESTARS S.P.A. |
| 09-00077 | ALPINESTARS S.P.A. |
| 09-00107 | ALPINESTARS S.P.A. |
| 09-00112 | ALPINESTARS S.P.A. |
| 09-00113 | ALPINESTARS S.P.A. |
| 09-00114 | ALPINESTARS S.P.A. |
| 09-00115 | ALPINESTARS S.P.A. |
| 09-00131 | ALPINESTARS S.P.A. |
| 09-00147 | ALPINESTARS S.P.A. |
| 09-00176 | ALPINESTARS S.P.A. |
| 09-00178 | ALPINESTARS S.P.A. |
| 09-00179 | ALPINESTARS S.P.A. |
| 09-00319 | ALPINESTARS S.P.A. |
| 09-00320 | ALPINESTARS S.P.A. |
| 09-00321 | ALPINESTARS S.P.A. |
| 09-00322 | ALPINESTARS S.P.A. |
| 09-00388 | ALPINESTARS S.P.A. |
| 09-00389 | ALPINESTARS S.P.A. |
| 09-00393 | ALPINESTARS S.P.A. |
| 09-00417 | ALPINESTARS S.P.A. |
| 09-00418 | ALPINESTARS S.P.A. |
| 09-00512 | ALPINESTARS S.P.A. |
| 09-00513 | ALPINESTARS S.P.A. |
| 09-00517 | ALPINESTARS S.P.A. |
| 10-00005 | ALPINESTARS S.P.A. |
| 10-00006 | ALPINESTARS S.P.A. |
| 10-00008 | ALPINESTARS S.P.A. |
| 10-00009 | ALPINESTARS S.P.A. |
| 10-00024 | ALPINESTARS S.P.A. |
| 10-00025 | ALPINESTARS S.P.A. |
| 10-00027 | ALPINESTARS S.P.A. |
| 10-00028 | ALPINESTARS S.P.A. |
| 10-00078 | ALPINESTARS S.P.A. |
| 10-00079 | ALPINESTARS S.P.A. |
| 10-00080 | ALPINESTARS S.P.A. |